# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Beougher,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Regenerative Medicine International LLC, et al.,<br><br>　　　　Defendants. | NO. CV-22-01930-PHX-SPL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 14, 2024, judgment is entered in favor of Plaintiff Gerald Beougher and against Defendant Regenerative Medicine International, LLC in the amount of $507,500 plus pre-judgment interest at the rate of 6% and post-judgment interest pursuant to 28 U.S.C. § 1961.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

June 14, 2024

　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　By　Deputy Clerk